1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>   v.<br><br>ESTEBAN VALENZUELA (9),<br><br>                Defendant. | Criminal Case No. 09CR1209-H<br><br>JUDGMENT AND ORDER OF DISMISSAL |

     GOOD CAUSE APPEARING and upon the motion of the Government, and pursuant to the Deferred Prosecution Agreement submitted by the Defendant and the Government, IT IS HEREBY ORDERED that the Indictment and the Superseding Indictment in the above entitled case against Defendant Esteban Valenzuela are both **dismissed without prejudice**. The Defendant is hereby discharged and the bond in this case as to Defendant Esteban Valenzuela is hereby exonerated.

     IT IS SO ORDERED.

DATED: June 19, 2012

                                               MARILYN L. HUFF, District Judge
                                               UNITED STATES DISTRICT COURT